

# Fourth Court of Appeals
## San Antonio, Texas

February 12, 2021

No. 04-20-00268-CR

Quinton Ramon **WILLIAMSON,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR0283
Honorable Maria Teresa (Tessa) Herr, Judge Presiding

# O R D E R

Sitting:  Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice

Appellant's retained counsel, Adam Poncio, entered an appearance in this appeal on August 25, 2020. The appellant's brief was originally due October 8, 2020. The court has granted six motions for extension of time to file the brief. Our last order, dated January 7, 2021, ordered the appellant's brief filed by January 27, 2021. Neither the brief nor a motion for extension of time to file the brief was filed. However, on February 11, at 5:00 p.m., appellant filed a seventh motion, requesting an extension of time until have been filed.

We **order** Adam Poncio to file the appellant's brief in this appeal by February 26, 2021. If the brief is not filed by the date ordered, the court may abate this appeal for the trial court to hold a hearing to determine whether appellant or counsel has abandoned the appeal. Counsel may also be ordered to appear before this court to show cause why he should not be held in contempt or otherwise sanctioned for failing to comply with the court's order.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of February, 2021.



MICHAEL A. CRUZ, Clerk of Court